FILED

MAR 04 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:26 CR 00096 |
| ROBERT K. O'BRIEN, ) | Title 18, United States Code, Section 641 |
| Defendant. ) | JUDGE ADAMS |

The United States Attorney charges:

From in or around February 2016 to in or around October 2020, in the Northern District of Ohio, Eastern Division, Defendant ROBERT K. O'BRIEN, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Survivor Insurance benefits, in the amount of approximately $73,634.00, in violation of Title 18, United States Code, Section 641.

DAVID M. TOEPFER
United States Attorney

By: *Elliot Morrison* (signature)

Elliot Morrison
Chief, White Collar Crimes Unit